IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR No. 00-83-T |
| vs. | : | |
| | : | |
| VINCENT A. CIANCI, JR.; | : | |
| FRANK E. CORRENTE, and | : | |
| RICHARD E. AUTIELLO | : | |

## WAIVER OF PRESENCE

Defendant, Vincent A. Cianci, Jr., hereby waives his right to be present in person in open court at the resentencing in his case, currently scheduled for June 15, 2005 at 10:00 a.m., and instead agrees to proceed by video-conference. He further agrees that his interests will be represented at all times by the presence of his counsel, with the same effect as if he, Mr. Cianci, were personally present in the courtroom.

Defendant understands that he has the right under Fed.R.Crim.P. 43 to be physically present at his resentencing and that he may have a constitutional right to be present under U.S. Const. Amends. V, VI. He agrees to waive these rights, and understands that, having done so, he cannot contest the sentence imposed at the resentencing, regardless of the result, based on the fact that he was not physically present in the courtroom.

Defendant represents that, prior to executing this waiver, he has discussed the matter with counsel and that he is executing this waiver voluntarily and without reservation.

Vincent A. Cianci, Jr.

Vincent A. Cianci, Jr.

Richard M. Egbert, Esq. (#151800)
Counsel to Vincent A. Cianci, Jr.
99 Summer Street, Suite 1800
Boston, MA 02110
(617) 737-8222

John A. MacFadyen, Esq. (#1209)
Counsel to Vincent A. Cianci, Jr.
101 Dyer Street
Providence, RI 02903
(401) 751-5090

**CERTIFICATION**

I certify that on the 2nd day of June, 2005, I caused a copy of this document to be mailed/hand-delivered to:

Richard Rose, Esq.
Terrence Donnelly, Esq.
Office of the United States Attorney
The Fleet Center
50 Kennedy Plaza
Providence, RI 02903

Anthony M. Traini, Esq.
56 Pine Street
Providence, RI 02903

Richard C. Bicki, Esq.
56 Pine Street, Suite 200
Providence, RI 02903