**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

United States of America,
Plaintiff

vs. C.R. No. 00-83T

Vincent A. Cianci,
Defendant

**ORDER**

Defendant's Motion for permission to be present at the re-sentencing by video-conference is hereby GRANTED. The re-sentencing will go forward on June 15, 2005 at 10:00 AM via video-conference with Federal Correctional Institute Fort Dix.

By Order:

Deputy Clerk

ENTER:

Chief Judge Ernest C. Torres
date: 6/9/05