**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR00-83T **DATE:** June 16th, 2005
**TITLE OF CASE:** USA v. Vincent Cianci, Jr.

---

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Ryan Jackson**

**COURT REPORTER:** **Angela Reynolds**

**COURT INTERPRETER:** **n/a**

---

**COUNSEL PRESENT**

Government: Richard Rose, AUSA
Terrence Donnelly, AUSA
Donald Lockhart, AUSA

Defendant: Richard Egbert, Esq.
John MacFadyen, Esq.

Probation: Barry Weiner

---

**PROCEEDINGS:** **Re-Sentencing**

06/15/05: All counsel of record present. Defendant present via video-conference. Probation present. Court addresses parties. Court addresses Defendant re: his Waiver of Presence. Defendant argues its sentencing recommendation. Government responds and makes its sentencing recommendation. Defendant allocutes. Court addresses the arguments and sentences the Defendant to 64 months imprisonment; 2 years of supervised release; Special Condition of 150 hours of community service; $100,000.00 Fine (which parties agree has been paid in full); $100 Special Assessment (also paid in full); $6,494.20 for cost of supervision (also paid in full.) The forfeiture of the Defendant's interest in the $250,000.00 received by the Friends of Cianci from the Providence Tow Association is upheld. Court recommends to the B.O.P. that the Defendant be transferred to the camp at FMC Devens for the remainder of his sentence.

Recess.