IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR No. 00-83-T |
| vs. | : | |
| | : | |
| VINCENT A. CIANCI, JR.; | : | |
| FRANK E. CORRENTE, and | : | |
| RICHARD E. AUTIELLO | : | |

**NOTICE OF APPEAL**

Defendant, Vincent A. Cianci, Jr., hereby gives notice of his appeal from the sentence entered on June 16, 2005.

Respectfully submitted,
Vincent A. Cianci, Jr.
By his attorneys

Richard M. Egbert, Esq. (#151800)
99 Summer Street, Suite 1800
Boston, MA 02110
(617) 737-8222

John A. MacFadyen, Esq. (#1209)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
(401) 751-5090

**CERTIFICATION**

I certify that on the 24th day of June, 2005, I mailed a copy of this document to:

Richard Rose, Esq.
Terrence Donnelly, Esq.
Office of the United States Attorney
The Fleet Center
50 Kennedy Plaza
Providence, RI 02903

Ellen Taylor