IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
NOV 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CR. NO. 00-083T |
| | : | (Superseding Indictment) |
| VINCENT A. CIANCI, JR. a/k/a "BUDDY;" | : | |
| FRANK E. CORRENTE; AND | : | |
| RICHARD AUTIELLO | : | |

**GOVERNMENT'S MOTION TO DISMISS**
**THE CLAIM OF MARK L. SMITH, ESQ.**

Now comes the United States of America, by and through its attorneys, pursuant to Fed. R. Crim. P. 32.2(c)(1)(A), and moves for dismissal of the claim of Mark L. Smith, Esq. to $17,349.75 from the $250,000 received by Friends of Cianci from members of the Providence Tow Association for the reasons set forth in the accompanying memorandum of law.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U. S. Attorney

GRANTED in the absence of objection.
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
1/4/06

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2005, a copy of the within Government's Motion to Dismiss the Claim of Mark L. Smith, Esq. and memorandum in support thereof was mailed, postage prepaid, to:

Mark L. Smith, Esq.
Park Square Place
176 Eddie Dowling Highway
Suite 202
North Smithfield, RI 02896

John A. MacFadyen, III, Esq.
MacFadyen, Gescheidt & O'Brien
The Owen building
101 Dyer Street
Providence, RI 02903

C. Leonard O'Brien, Esq.
129 Dyer Avenue
Providence, RI 02903

Richard Bicki, Esq.
CERILLI, McGUIRL, & BICKI
56 Pine Street
Providence, RI 02903

Richard Egbert, Esq.
99 Summer St., Ste. 1800
Boston, MA 02110

Edward J. Romano, Esq.
1515 Smith Street
North Providence, RI 02911