IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CR. NO. 00-083T |
| | : | (Superseding Indictment) |
| VINCENT A. CIANCI, JR. | : | |
| a/k/a "BUDDY;" | : | |
| FRANK E. CORRENTE; AND | : | |
| RICHARD AUTIELLO | : | |

MOTION OF THE UNITED STATES FOR
ENTRY OF A FINAL ORDER OF FORFEITURE

NOW COMES the United States of America, by and through its attorneys, and moves the court for entry of a Final Order of Forfeiture with respect to the following property for the reasons set forth in the accompanying affidavit of the undersigned:

(1) all of the defendant Frank E. Corrente's interest in the campaign organization known as FRIENDS OF CIANCI, including but not limited to any interest in the $250,000 received by FRIENDS OF CIANCI from members of the Providence Tow Association; and

(2) the interest of the defendant, Vincent A. Cianci a/k/a/ "Buddy" in the $250,000 received by FRIENDS OF CIANCI

from members of the Providence Tow Association.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2006, I caused a copy of the foregoing Motion of the United States for Entry of a Final Order of Forfeiture and accompanying affidavit and proposed Final Order of Forfeiture to be forwarded, by postage prepaid mail, to:

John A. MacFadyen, III, Esq.
MacFadyen, Gescheidt & O'Brien
The Owen Building
101 Dyer Street
Providence, RI 02903

C. Leonard O'Brien, Esq.
129 Dyer Avenue
Providence, RI 02903

Richard Bicki, Esq.
CERILLI, McGUIRL, & BICKI
56 Pine Street
Providence, RI 02903

Richard Egbert, Esq.
99 Summer St., Ste. 1800
Boston, MA 02110

Edward J. Romano, Esq.
1515 Smith Street
North Providence, RI 02911

Mark L. Smith, Esq.
Park Square Place
176 Eddie Dowling Highway
Suite 202
North Smithfield, RI 02896