RECEIVED
JAN 12 2006
Property of U.S. District Court
District of Rhode Island

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, :
:
v. : CR. NO. 00-083T
: (Superseding Indictment)
VINCENT A. CIANCI, JR. :
a/k/a "BUDDY;" :
FRANK E. CORRENTE; AND :
RICHARD AUTIELLO :

FINAL ORDER OF FORFEITURE

WHEREAS, on August 8, 2002 and June 15, 2005, this Court entered a preliminary Order of Forfeiture with respect to the defendants' interest in the following property:

(1) all of the defendant Frank E. Corrente's interest in the campaign organization known as FRIENDS OF CIANCI, including but not limited to any interest in the $250,000 received by FRIENDS OF CIANCI from members of the Providence Tow Association; and

(2) the interest of the defendant, Vincent A. Cianci a/k/a/ "Buddy" in the $250,000 received by FRIENDS OF CIANCI from members of the Providence Tow Association.

AND WHEREAS, notice of this forfeiture action was published in the Providence Journal on November 3, 10, and 17, 2005, advising all third parties of their right to petition the court within thirty (30) days of the final publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, direct written notice has been provided to all persons or entities known to have alleged an interest in

the property;

AND WHEREAS, the claim of Mark L. Smith, Esq. has been dismissed;

AND WHEREAS, no other third party has made any claim to or declared any interest in the above-described property;

It is hereby

ORDERED, ADJUDGED and DECREED

That the following property is forfeited to the United States of America, with all right, title, and interest thereto vesting in the United States of America:

(1) all of the defendant Frank E. Corrente's interest in the campaign organization known as FRIENDS OF CIANCI, including but not limited to any interest in the $250,000 received by FRIENDS OF CIANCI from members of the Providence Tow Association; and

(2) the interest of the defendant, Vincent A. Cianci a/k/a/ "Buddy" in the $250,000 received by FRIENDS OF CIANCI from members of the Providence Tow Association.

and the United States Marshal is authorized to withdraw a total of $250,000 from the following accounts, maintained on behalf of FRIENDS OF CIANCI, and previously restrained by this Court:

(1) Brokerage Account Number 4JL-540932 in the name of "Cianci for Mayor Committee" located at Credit Suisse First Boston (with Pershing acting as clearing agent for H.C. Wainwright & Co., Inc.), 11 Madison Avenue, New York, New York; and

(2) Partnership Interest in a Limited Partnership Account in the name of "Friends of Cianci" located at T.G.T. Capital Partners, 153 East 53rd Street, New York, New York;

and to dispose of said property according to law.

Any remaining funds in said accounts shall be released to

FRIENDS OF CIANCI.

BY ORDER:

ENTER:

ERNEST C. TORRES
CHIEF JUDGE
UNITED STATES DISTRICT COURT
1/31/06