Page 1 of 1

**Rana Smith**

---

**From:** Steele, Libana (USARI) [Libana.Steele@usdoj.gov]
**Sent:** Wednesday, May 14, 2008 3:20 PM
**To:** Rana Smith

Hello Rana:

Per AUSA Rose, the government does not object to the destruction of any remaining copies of documents (in the Cianci matter) in the Court's possession.

Libana M. Steele

United States Attorney's Office

50 Kennedy Plaza, 8th Floor

Providence, RI 02903