UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

United States of America
Plaintiff,

Vs. Case No. CR00-83T

Vincent A. Cianci, et al.
Defendant.

**EXHIBIT RECEIPT**

**Defendant's** Jury Trial Exhibit(s) - V, DD, FF, and LL.

David A. DiMarzio, Clerk

Katina J. van Dale
Signature of Attorney
Date: 6/4/08
for Richard Sicki

Pam Smith
Deputy Clerk